Fratangelo, Appellant, *v.* Fratangelo.

Argued November 17, 1972.
*Richard S. Crone,* with him *Crone and Zittrain,* for appellant; *Ronald J. Bua,* with him *Dane Critchfield,* for appellee.

Order affirmed.

WATKINS, J., absent.

Hepner *v.* R & M Steel Corporation et al.,
Appellants.

Argued November 13, 1972. *John B. McCue,* with him *McCue & Bertocchi,* for appellants; *Robert E. Ashe* and *David B. Fawcett, Jr.,* with them *Ashe & Ashe,* and *Dickie, McCamey & Chilcote,* for appellees.

Judgment affirmed.

Jarvis, Appellant, *v.* Christo.

Argued November 14, 1972.
*Eugene J. Reinbold,* with him *Beck, McGinnis & Jarvis,* for appellant; *Alan E. London* and *Robert G. Sable,* with them *Blair S. McMillin, Frank R. Bolte, Reed, Smith, Shaw & McClay,* and *Baskin, Boreman, Wilner, Sachs, Gondelman & Craig,* for appellees.

Order and judgment affirmed.

SPAULDING and CERCONE, JJ., absent.